# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID FITZGERALD** | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 21-5355 |
| v. | : | |
| | : | |
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | : | |
| | : | |
| | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 27th day of June 2023, upon consideration of Defendant's *motion for summary judgment*, [ECF 53], Plaintiff's response in opposition, [ECF 54], Plaintiff's supplemental exhibits, [ECF 55], Defendant's reply, [ECF 58], and Plaintiff's sur-reply, [ECF 59], it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum opinion, Defendant's motion for summary judgment is **GRANTED**.  Accordingly, **JUDGMENT** is entered in favor of Defendant National Railroad Passenger Corporation (Amtrak) and against Plaintiff David Fitzgerald.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*